# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| Martin Austin Colson and Alexandra Colson, | No: 5:17-cv-519-D |
| Plaintiffs, | ORDER |
| -versus- | |
| Sorin Group Deutschland GMBH and Sorin Group USA, Inc. | |
| Defendants. | |

The Parties to these cases which have been consolidated for discovery purposes only have jointly moved the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to stay all case deadlines, including the Order for Discovery Plan, pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") on Defendants' Motion for Transfer and Consolidation under 28 U.S.C. § 1407. Defendants' Motion for Transfer was filed on November 6, 2017.

Based on the joint motion of the parties and for good cause shown, the Court hereby ORDERS that the above-referenced actions be and hereby are stayed in their entirety until the JPML enters a ruling on the pending Defendants' Motion for Transfer and Consolidation pursuant to 28 U.S.C. § 1407.

SO ORDERED. This 31 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge